FILED
NOV 1 4 2007
11-14-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| BAN BAHRANI,<br><br>　　Plaintiff,<br><br>v.<br><br>RUTH A. DOROCHOFF, in her official capacity as District Director of United States Citizenship and Immigration Services,<br><br>　　Defendant. | Case No:<br><br>**07CV6457**<br>**JUDGE NORGLE**<br>**MAG. JUDGE ASHMAN** |

## COMPLAINT FOR WRIT OF MANDAMUS

Plaintiff Ban Bahrani ("Plaintiff"), by and through her attorneys, the Law Office of Kameli & Associates, P.C., respectfully requests an order directing Defendant, Ruth A. Dorochoff ("Defendant"), to adjudicate Plaintiff's application for naturalization, Form N-400 ("Application"). In support of said request, Plaintiff states as follows:

### JURISDICTION AND VENUE

1.　This is a civil action brought pursuant to 28 U.S.C. § 1361 to redress the deprivation of rights, privileges and immunities secured to Plaintiff, and to compel Defendant, an officer of United States to perform her duties owed to Plaintiff. Jurisdiction is proper pursuant to 28 U.S.C. § 1331, which states "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Since this Court is a district court, and the action arises under 28 U.S.C. § 1361, a law of the United States, this Court is conferred jurisdiction of this civil action. Additionally, the Administrative Procedure Act permits judicial review of agency action "unlawfully withheld or

1

unreasonably delayed." 5 U.S.C. § 706(1); 5 U.S.C. § 701 *et seq.* Finally, jurisdiction is conferred upon this Court under 8 U.S.C. § 1447(b).

2. Venue is proper under 28 U.S.C. § 1391(b), since Defendant is the District Director of the United States Citizenship and Immigration Services (hereinafter "USCIS"), a section of the Department of Homeland Security (hereinafter "DHS"), and an agency of the United States Government, located at 101 West Congress Expressway, Chicago, Illinois 60605. The BCIS office in Chicago, Illinois is the location where Plaintiff has filed her naturalization applications.

## PARTIES

3. Plaintiff is a native and citizen of Iraq currently residing at 2909 W. Summerdale Ave. Chicago, IL 60625. Plaintiff's alien number is 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.

4. Defendant is the Chicago District Director of USCIS, an agency of the United States Department of Homeland Security. As such, she is charged with the duty of administration and enforcement of all the functions, powers, and duties of USCIS in the Chicago District.

## PLAINTIFF'S CLAIMS FOR RELIEF

5. Plaintiff is a Legal Permanent Resident (LPR). She obtained LPR status when she fled Iraq and was admitted to the United States as a refugee following the Persian Gulf War (1990-1991). Plaintiff's immediate family members also entered the United States as refugees. They have obtained citizenship status.

6. On June 25, 2004, Plaintiff filed her Application to become a United States naturalized citizen. The filing notice for the Application is attached hereto as Exhibit A.

2

7. Subsequently, USCIS sent Plaintiff a Fingerprint Notification on Form I-797, indicating that Plaintiff was to provide her fingerprints at a USCIS Application Support Center on July 2, 2004. Plaintiff complied with this request.

8. On October 21, 2004, USCIS Officer Litwin interviewed Plaintiff in furtherance of her Application. The Naturalization Interview Results Form N-652 indicates that Plaintiff passed the required English and U.S. history and government tests. However, without explanation, Officer Litwin indicated that no decision could be made about Plaintiff's Application. The Naturalization Interview Results are attached hereto as Exhibit B.

9. It is Plaintiff's belief that her naturalization case has been delayed because of an unreasonably prolonged background check, which stems from the fact that she is an Iraqi citizen. As recently as August 17, 2007, Plaintiff contacted USCIS and inquired into the status of her Application. USCIS informed her that the processing of her case is delayed because her background check is open. See Exhibit C.

10. In 1995, the FBI converted its extensive records into one computerized Automated Case Support System ("ACS"), including indices of 98.4 million records that can be searched by proper name. 68% of name-checks return a "No Record" response by electronically searching these indices, and therefore can be concluded less than 72 hours after they begin. Another 22%, for reasons not explained by the government, require an additional check that may take 30-60 days to return a "No Record" response. The remaining 10% of checks are "Idents," meaning that they return an indication that the FBI has a record on the individual that must be retrieved from paper files and further reviewed. See, Tang and Luo v. Chertoff, 493 F. Supp. 2d 148, 156-57 (Mass. 2007).

11. The BCIS website located at https://egov.immigration.gov/cris/jsps/officeProcess times.jsp?selectedOffice=18 indicates that the processing time of N-400 applications filed on October 15, 2007 at the Chicago District Office is seven months. As noted above, Plaintiff filed her Application on June 25, 2004, which indicates that the processing date is long overdue. A copy of this web page is attached hereto as Exhibit D.

12. It is upon Plaintiff's information and belief that her Application remains unadjudicated and possibly misplaced, because nearly three and one-half years have passed since the filing of her application and three years have passed since her examination.

13. 8 U.S.C. § 1447(b) provides:

> If there is a failure to make a determination under section 335 [8 USCS § 1446] before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter.

8 U.S.C. § 1447(b). Here, Defendant has far exceeded the 120-day period in which a determination on a naturalization application must be rendered.

14. Similarly, 8 C.F.R. § 335.3(a) provides:

> The Service officer shall grant the application if the applicant has complied with all requirements for naturalization under this chapter. A decision to grant or deny the application shall be made at the time of the initial examination or within 120-days after the date of the initial examination of the applicant for naturalization under § 335.2. The applicant shall be notified that the application has been granted or denied and, if the application has been granted, of the procedures to be followed for the administration of the oath of allegiance pursuant to part 337 of this chapter.

4

8 C.F.R. § 335.3(a). Here, again Defendant has far exceeded the 120-day period in which a determination on a naturalization application must be rendered. Moreover, Plaintiff "has complied with all requirements for naturalization" as required under 8 C.F.R. § 335.3(a).

15. 8 C.F.R. § 310.5 provides:

> An applicant for naturalization may seek judicial review of a pending application for naturalization in those instances where the Service fails to make a determination under section 335 of the Act within 120 days after an examination is conducted under part 335 of this chapter. An applicant shall make a proper application for relief to the United States District Court having jurisdiction over the district in which the applicant resides. The court may either determine the issues brought before it on their merits, or remand the matter to the Service with appropriate instructions.

8 C.F.R. § 310.5(a). Again, Defendant has exceeded the statutory time limit provided for adjudication of Plaintiff's Application.

16. The Defendant, in violation of the Administrative Procedure Act, is unlawfully withholding or unreasonably delaying a decision on Plaintiff's Application, and has not completed the adjudicative functions delegated to her by the laws of the United States.

17. Defendant has not taken steps towards the adjudication of Plaintiff's Application since Plaintiff's October 21, 2004 naturalization interview. Thus, Defendant stands in violation of 8 U.S.C. § 1447(b), 8 C.F.R. § 335.3(a), and 8 C.F.R. § 310.5. Specifically, Defendant has not fulfilled her duty to adjudicate the Application within the required 120 day period.

18. Plaintiff has exhausted any administrative remedies that may exist.

WHEREFORE, Plaintiff, Ban Bahrani, prays that this Honorable Court:

A.  Compel Defendant, and those acting under her, to perform her duty to adjudicate Plaintiff's Application for Naturalization and to schedule Plaintiff for Oath Ceremonies;

B.  Grant Plaintiff's attorney's fees and costs of court incurred herein; and

C.  Grant such other and further relief this Court deems proper under the circumstances.

Respectfully submitted,

Khalil J. Khalil
One of Plaintiff's Attorneys

Law Offices of Kameli & Associates, P.C.
111 E. Wacker Drive, Suite 555
Chicago, Illinois 60601
Tel.   (312) 233-1000
Fax.   (312) 233-1007

Dated: November 14, 2007

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt | | NOTICE DATE |
|---|---|---|
| | | July 02, 2004 |
| **CASE TYPE** | | **INS A#** |
| N400   Application For Naturalization | | A 028 216 184 |
| **APPLICATION NUMBER** | **RECEIVED DATE** | **PRIORITY DATE** | **PAGE** |
| LIN*000678412 | June 25, 2004 | June 25, 2004 | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
BAN MAKI BAHRANI
# 3A
2909 W SUMMERDALE AVE
CHICAGO IL 60625

**PAYMENT INFORMATION:**

Single Application Fee:      $390.00
Total Amount Received:    $390.00
Total Balance Due:               $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:                       August 12, 1970
Address Where You Live:   2909 W SUMMERDALE AVE # 3A
                                            CHICAGO IL 60625

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

(120)

TIF22907 00212Chi
one
45 days

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

**INS Customer Service Number:**
(800) 375-5283

EXHIBIT A

APPLICANT COPY

LIN$000633670

Form I-797C (Rev. 09/07/93) N

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

**Naturalization Interview Results**

A#: 28-216-184

On  10/21 , **2004**, you were interviewed by USCIS Officer Litwin.

- ☒ You passed the tests of English and U.S. history and government.
- ☐ You passed the test of U.S. history and government and the English language requirement was waived.
- ☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

- ☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.
- ☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- ☐ Please follow the instructions on the Form N-14.
- ☒ USCIS will send you a written decision about your application.

- ☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ☒ **A decision cannot yet be made about your application.**

   **It is very important that you:**
   ✓ Notify USCIS if you change your address.
   ✓ Come to any scheduled interview.
   ✓ Submit all requested documents.
   ✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
   ✓ Go to any oath ceremony that you are scheduled to attend.
   ✓ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev.)


EXHIBIT B

Case 1:07-cv-06457     Document 1     Filed 11/14/2007     Page 9 of 11



U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605

**U.S. Citizenship and Immigration Services**

Monday, August 20, 2007

BAN BAHRANI
2109 EASTVIEW DR
DES PLAINES IL 60018

Dear Ban Bahrani:

On 08/17/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 06/25/2004 |
| **Receipt #:** | LIN*0006784! |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A028216184 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



EXHIBIT C

CIS  08-20-2007 03:57 PM EDT - LIN*00

U.S Citizenship and Immigration Services - Case Status Service Online     https://egov.uscis.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=16



Home   Contact Us   Site Map   FAQ

Search

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

Print This Page | Back

## U.S. Citizenship and Immigration Services
## Chicago IL Processing Dates
## Posted October 15, 2007

<u>Notice</u>: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can <u>check the status of your case online</u>.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

<u>Case Services - How do I... know what kind of services are available to me after I file my application or petition?</u>

One additional point about these projections  plete processing and mail the actual notice

EXHIBIT D

and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **Chicago IL** Posted October 15, 2007

| Form | Form Name | Processing Timeframe |
|---|---|---|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | 3 Months |
| I-600A | Application for Advance Processing of Orphan Petition | 3 Months |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | 7 Months |
| N-600 | Application for Certification of Citizenship | 3 Months |

Print This Page | Back

**11-09-2007 11:40 AM EST**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov
U.S. Department of Homeland Security