AO 440 (Rev. 05/00) Summons in a Civil Action

*MHN*

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BAN BAHRANI

V.

RUTH A. DOROCHOFF, in her official
capacity as District Director of U.S. Citizenship
and Immigration Services

07CV6457
JUDGE NORGLE
MAG. JUDGE ASHMAN

MAGISTRATE JUDGE.

TO: (Name and address of Defendant)

Ruth A Dorochoff, in her official capacity as District Director of USCIS
USCIS
101 W. Congress Parkway
Chicago, Illinois 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Kameli & Associates, P.C.
111 E. Wacker Drive, Suite 555
Chicago, Illinois 60601
(312) 233-1000

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 14 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/5/07 |
| NAME OF SERVER (PRINT) Rocio Roman-Oquendo | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Postal Service Certified Mail #7004 2510 0001 9715 4259

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $5.94 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/5/07
             Date

Signature of Server: Rocio Roman Oquendo

Law Offices of
Kameli & Associates, P.C.
111 East Wacker Drive
Suite 555
Chicago, IL 60601

*Address of Server*

FILED
DEC 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CHICAGO, IL 60601   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.14 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.94 |

Postmark Here — NOV 2007 — 11/15/2007

Sent To: Ruth A. Dorochoff, USCIS
Street, Apt. No.; or PO Box No.: 101 W. Congress Pkwy
City, State, ZIP+4: Chicago, IL 60605

PS Form 3800, June 2002   See Reverse for Instructions

7004 2510 0001 9715 4259

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ruth A. Dorochoff
USCIS
101 W. Congress Pkwy
Chicago, IL 60605

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Shafton Lees
C. Date of Delivery: NOV 21 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 9715 4259

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540