*MHN*

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BAN BAHRANI

V.

RUTH A. DOROCHOFF, in her official
capacity as District Director of U.S. Citizenship
and Immigration Services

C

**07CV6457
JUDGE NORGLE
MAG. JUDGE ASHMAN**

TO: (Name and address of Defendant)

District Attorney for the Northern District of Illinois - Eastern Division
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Office of Kameli & Associates, P.C.
111 E. Wacker Drive, Suite 555
Chicago, Illinois 60601
(312) 233-1000

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

(BY) DEPUTY CLERK

NOV 1 4 2007

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  12/5/07 |
| NAME OF SERVER *(PRINT)*  Rocio Roman-Oquendo | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where served: _____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G**  Returned unexecuted: _____

_____

_____

**G**  Other (specify):  U.S. Postal Service
Certified Mail #7004 2510 0001 9715 4273

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $5.94 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/5/07
_____
Date

_Signature of Server_

**Law Offices of**
**Kameli & Associates, P.C.**
111 East Wacker Drive
Suite 555
Chicago, IL 60601
_____
_Address of Server_

**F I L E D**

DEC 13 2007 *AH*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CHICAGO IL 60601

| | | |
|---|---|---|
| Postage | $ | $1.14 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.94 |

Postmark Here

11/15/2007

7004 2510 0001 9715 4273

Sent To
Dist. Attorney for the Northern Dist. IL
Street, Apt. No.; or PO Box No. 219 S. Dearborn St. Ste 500
City, State, ZIP+4 Chicago, IL 60601

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

District Attorney (NDIL)
U.S. Attorney's Office
219 S. Dearborn St. Ste 500
Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
STOJANOVIC  11-19-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2510 0001 9715 4273

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540