UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BAN BAHRANI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6457 |
| | ) | |
| v. | ) | |
| | ) | |
| RUTH  DOROCHOFF, | ) | Judge Norgle |
| | ) | |
| Defendant. | ) | |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.  This designation is provided for informational purposes only and does

not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.

See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Jack Donatelli
    JACK DONATELLI
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4220
    jack.donatelli@usdoj.gov