IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| BAN BAHRANI, | ) | |
| | ) | |
| Petitioner, | ) | Case No: 07-cv-06457 |
| | ) | |
| v. | ) | Honorable Judge Kocoras |
| | ) | |
| RUTH A. DOROCHOFF, in her official capacity as District Director of United States Citizenship and Immigration Services, | ) ) ) ) | |
| | ) | |
| Respondent. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY**
**DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiff Ban Bahrani ("Plaintiff"), by and through her attorneys, the Law Offices of Kameli & Associates, P.C., respectfully requests this Honorable Court to dismiss this action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). In support of said request, Plaintiff states as follows:

1. All claims against Defendant have been resolved and Plaintiff's claim for a writ of mandamus is now moot.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

(a) Dismiss this cause of action pursuant Fed. R. Civ. P. 41(a)(1)(A)(i); and,

(b) Grant any and all other relief this Court deems fair and just.

Respectfully submitted,

**KAMELI & ASSOCIATES, P.C.**

/s/John R. Floss/
One of Plaintiff's Attorneys

111 E. Wacker Drive, Suite 555
Chicago, Illinois 60601
(312) 233-1000 – phone
(312) 233-1007 – facsimile
jfloss@kameli.com

**DATED: March 11, 2008**