**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| BAN BAHRANI, | ) | |
| | ) | |
| Petitioner, | ) | Case No: 07-cv-06457 |
| | ) | |
| v. | ) | Honorable Judge Norgle |
| | ) | |
| RUTH A. DOROCHOFF, in her official capacity as District Director of United States Citizenship and Immigration Services, | ) ) ) ) ) | |
| | ) | |
| Respondent. | ) | |

Jack Donatelli
United States Attorney's Office (NDIL)
219 S. Dearborn Street, Suite 500
Chicago, Illinois 60604

**CERTIFICATE OF SERVICE**

    I, John Floss, an attorney, do hereby certify that I served a true and accurate copy of PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) on the above-named party via electronic service on March 11, 2008.

                                                    **KAMELI & ASSOCIATES, P.C.**

                                                    /s/John R. Floss/
                                                    One of Plaintiff's Attorneys

111 E. Wacker Drive, Suite 555
Chicago, Illinois 60601
(312) 233-1000 – phone
(312) 233-1007 – facsimile
jfloss@kameli.com

**DATED: March 11, 2008**